UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST STATE INSURANCE COMPANY and NEW ENGLAND REINSURANCE CORPORATION, | * * * * |
| Petitioners, | * * |
| v. | * Civil Action No. 13-cv-11322-IT * |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | * * * |
| Respondent. | * |

## JUDGMENT

April 29, 2015

TALWANI, D.J.

The court hereby enters final judgment in this case in favor of First State Insurance Company and New England Reinsurance Corporation. The final arbitration award, which encompasses both the "Phase I" and "Phase II" awards issued by the arbitral panel, is confirmed.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge